IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | **CASE NUMBER** 22-56749-jwc |
| Lana La'Treese Strozier | } | |
| | } | |
| | } | **CHAPTER** 13 |
| **DEBTOR(S)** | } | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

To: Creditors and Other Parties of Interest

**PLEASE TAKE NOTICE** that the Debtor has filed and served on you a proposed modification to the confirmed plan in this case. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline:

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24): days after the date of service of this proposed Modification, which date of service is July 15, 2024; if the twenty-fourth day after the date of service falls on a week-end or holiday, the deadline is extended to the next business day

**PLACE OF FILING: Bankruptcy Clerk at U. S. Bankruptcy Court,** Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303.

If you mail an objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at 2327 Freeman Road, Jonesboro, GA 30236.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the *Modification of Confirmed Plan* shall be held at 10:00 a.m. on August 13,

2024 in Courtroom 1203, Richard B. Russell Federal Building and U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is**:**

**Bankruptcy Clerk at U. S. Bankruptcy Court,** Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303.

**If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C. § 1329(b)(2) as part of the Confirmed Plan without further order or notice.**

Respectfully submitted,

Dated: Monday, July 15, 2024
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
Saedi Law Group, LLC
3411 Pierce Dr

Atlanta, GA 30341
Phone: 404-919-7296
Fax: 470-329-0016
Lsaedi@SaediLawGroup.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | **CASE NUMBER** 22-56749-jwc |
| Lana La'Treese Strozier | } | |
| | } | |
| | } | **CHAPTER** 13 |
| **DEBTOR(S)** | } | |

## POST-CONFIRMATION MODIFICATIONS OF PLAN AND REQUEST FOR ITS APPROVAL

The above mentioned Debtor(s), proposes to modify the confirmed plan of reorganization as set forth below and requests that this modification be approved.

## MODIFICATION OF PLAN

Debtor, hereby modifies the Chapter 13 Plan, which the Court confirmed on February 2, 2023 to as follows:

Debtor **retroactively deletes** the following paragraph:

### § 2.1  Regular Payments to the trustee; applicable commitment period.

The applicable commitment period for the debtor(s) as set forth in 11 U.S.C. § 1325(b)(4) is:

*Check one:*

[x] 36 months [o] 60 months.

Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows:

The debtor(s) will pay **$900.00** per **Month** for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

*Check if applicable.*

[x] The amount of the Regular Payment will change as follows *(If this box is not checked, the rest of § 2.1 need not be completed or reproduced. Insert additional lines as needed for more changes.)*:

| Beginning on (insert date): | The Regular Payment amount will change to (insert amount): | For the following reason (insert reason for change): |
|---|---|---|
| November 2023 | $969.00 per Month | 401k loan #1 repaid |
| February 2027 | $1022 per Month | 401k loans #2 and #3 repaid |

Debtor **inserts** the following paragraph:

### § 2.1  Regular Payments to the trustee; applicable commitment period.

The applicable commitment period for the debtor(s) as set forth in 11 U.S.C. § 1325(b)(4) is:

*Check one:*

[x] 36 months [o] 60 months.

Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows:

The debtor(s) will pay **$900.00**  per **Month** for the applicable commitment period.  If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

*Check if applicable.*

[o] The amount of the Regular Payment will change as follows *(If this box is not checked, the rest of § 2.1 need not be completed or reproduced. Insert additional lines as needed for more changes.)*:

| Beginning on (insert date): | The Regular Payment amount will change to (insert amount): | For the following reason (insert reason for change): |
|---|---|---|

WHEREFORE  Debtor  prays  that  this  post-confirmation  plan  modification  be

allowed, and for such other and further relief as the Court deems appropriate and just.

Respectfully submitted,

Dated: Monday, July 15, 2024
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
Saedi Law Group, LLC
3411 Pierce Dr
Atlanta, GA 30341
Phone: 404-919-7296
Fax: 470-329-0016
Lsaedi@SaediLawGroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | **CASE NUMBER** 22-56749-jwc |
| Lana La'Treese Strozier | } | |
| | } | |
| | } | **CHAPTER** 13 |
| **DEBTOR(S)** | } | |

## DECLARATION UNDER PENALTY OF PERJURY

I (We) declare under penalty of perjury that the foregoing is true and correct to the best of my (our) knowledge, information and belief.

_____/s/_____
Lana La'Treese Strozier


Dated: Monday, July 15, 2024


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3571.

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**IN RE**: } **CASE NUMBER** 22-56749-jwc
Lana La'Treese Strozier }
}
} **CHAPTER** 13
**DEBTOR(S)** }

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, July 15, 2024, I electronically filed the ***Modification of Confirmed Plan*** using the Bankruptcy Court's Electronic Case Filing ("ECF") program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy Whaley, Chapter 13 Trustee was served via the ECF electronic mail noticing system

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

**Lana La'Treese Strozier**
2327 Freeman Road
Jonesboro, GA 30236

*The attached creditor matrix has been served by first-class United States mail.*

Dated: Monday, July 15, 2024
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
Saedi Law Group, LLC
3411 Pierce Dr

Atlanta, GA 30341
Phone: 404-919-7296
Fax: 470-329-0016
Lsaedi@SaediLawGroup.com