**IT IS ORDERED as set forth below:**

**Date: August 14, 2024**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LANA LA'TREESE STROZIER | : | CASE NUMBER A22-56749-JWC |
| DEBTOR | : | |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS**

On July 16, 2024 at 10:10 a.m., the Trustee's Motion to Dismiss was scheduled for hearing before the Court. Based on review of the record, it appears to the Court that the Debtor through counsel agreed to a payment arrangement on a strict compliance basis. For cause shown, **IT IS HEREBY**

**ORDERED,** that the Debtor shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is completed. Debtor shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED,** that should Debtor fail to make any payment due pursuant to the Plan on a timely basis for twelve (12) months following entry of this order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.

The Clerk of the Court is directed to serve this Order on all parties included on the attached distribution list.

**END OF DOCUMENT**

| PREPARED BY: | CONSENTED BY: |
|---|---|
| ____/s/_____ | ____/s/_____ |
| Julie M. Anania, | Lorena L. Saedi, |
| Attorney for Chapter 13 Trustee | Attorney for the Debtor |
| GA Bar No. 477064 | GA Bar No. 622072 |
| 303 Peachtree Center Ave., NE | Saedi Law Group, LLC |
| Suite 120 | 3411 Pierce Drive, NE |
| Atlanta, GA 30303 | Atlanta, GA 30341 |
| (678) 992-1201 | *Signed by Julie M. Anania* |
| janania@njwtrustee.com | *with express permission* |

**DISTRIBUTION LIST**

Case Number **A22-56749-JWC**

Lana La'Treese Strozier
2327 Freeman Road
Jonesboro, GA 30236

Saedi Law Group, LLC
3411 Pierce Drive, NE
Atlanta, GA 30341

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303